## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLANIA

---------------------------------------------------------------

| | | |
|---|---|---|
| LINDA ABDALLAH | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 21-154 |
| | : | |
| MACY'S, INC. d/b/a BLOOMINGDALE'S | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------

## JOINT STIPULATION OF DISMISSAL
## WITH PREJUDICE

Pursuant to Federal Rule of Procedure 41(a)(1)(A)(ii), the Parties, by and through their respective undersigned counsel, hereby stipulate and agree to the dismissal of this action, with prejudice and without costs.

**Murphy Law Group, LLC**

By: /s/ *Benjamin Salvina*
Michael Murphy, Esq.
Benjamin Salvina, Esq.
Eight Penn Center, Suite 2000
1628 John F. Kennedy Blvd.
Philadelphia, PA 19103
murphy@phillyemploymentlawyer.com
bsalvina@phillyemploymentlawyer.com
*Attorneys for Plaintiff*

Dated: March 16, 2022

**Wong Fleming**

By: /s/ *Linda Wong*
Linda Wong, Esq.
1500 John F. Kennedy Blvd.
Two Penn Center Plaza, Suite 810
Philadelphia, PA 19102
clwong@wongfleming.com
*Attorneys for Defendant*

Dated: March 16, 2022

## **CERTIFICATE OF SERVICE**

I, Benjamin Salvina, Esquire, hereby certify that on March 16, 2022, I caused a true and correct copy of the foregoing to be sent via the Court's ECF system to the following counsel:

Linda Wong, Esq.<br>
WONG FLEMING<br>
1500 John F. Kennedy Blvd.<br>
Two Penn Center, Suite 810<br>
Philadelphia, PA 19102<br>
lwong@wongfleming.com<br>
*Attorneys for Defendant*

                                            */s/ Benjamin Salvina*
                                            Benjamin Salvina, Esquire

Dated: March 16, 2022